■ In the Matter of PROTECTORS OF PINE OAK WOODS, INC., et al., Appellants, v CITY OF NEW YORK et al., Respondents. [746 NYS2d 264]

As the Supreme Court correctly noted in its well-reasoned decision, there is no likelihood that the petitioners will succeed on the merits of their underlying petition. Thus, the Supreme Court providently denied the petitioners' motion for a preliminary injunction (*see* CPLR 6311; *Doe v Axelrod,* 73 NY2d 748, 750; *Grant Co. v Srogi,* 52 NY2d 496, 517; *Sheffield Towers Rehabilitation & Health Care Ctr. v Novello,* 293 AD2d 182; *Mosseri v Fried,* 289 AD2d 545). Florio, J.P., S. Miller, Townes and Cozier, JJ., concur.